**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6722**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JAMES THOMAS HANCOCK,

        Defendant - Appellant.

---

**No. 25-6723**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JAMES THOMAS HANCOCK,

        Defendant - Appellant.

---

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:06-cr-00206-CCE-2; 1:07-cr-00071-CCE-1)

---

Submitted:  November 25, 2025               Decided:  December 2, 2025

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

James Thomas Hancock, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, James Thomas Hancock appeals the district court's order granting in part his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1) and reducing his sentences to an aggregate 360 months' imprisonment. On appeal, Hancock argues that the district court erred by not reducing his sentence to a total of 261 months' imprisonment. After reviewing the record, we conclude that the district court did not abuse its discretion in finding that the 18 U.S.C. § 3553(a) factors did not warrant a further sentence reduction. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Hancock*, Nos. 1:06-cr-00206-CCE-2, 1:07-cr-00071-CCE-1 (M.D.N.C. July 30, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*